1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 168973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 436-7234
       E-mail: kirstin.ault@usdoj.gov
8

9  Attorneys for United States of America

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,        )   No.   CR 08-00658 PJH
                                     )
15        Plaintiff,                 )   [PROPOSED] ORDER AND
                                     )   STIPULATION CONTINUING DATE
16     v.                            )   FOR SENTENCING
                                     )
17  TOMMY DYSON,                     )
                                     )
18        Defendant.                 )
                                     )
19

20      The parties are presently set for a sentencing hearing before the Court on April 15, 2009,

21  at 1:30 p.m.  Counsel for the defendant anticipates that he will be in trial in state court that week,

22  and the Probation Officer has not yet been able to complete the Presentence Investigation Report

23  (PSR).  Therefore, the parties request that the sentencing hearing be continued to May 6, 2009, at

24  ///

25  ///

26  ///

27  ///

28  ///

1:30 p.m.  The probation officer has indicated that she is available on this date and that the continuance will provide her with sufficient time to complete the PSR.

STIPULATED:

DATED:___04/09/09_____                 _____/s/_____
                                                 ANTHONY BRASS
                                                 Attorney for Defendant Dyson

DATED:____04/09/09_____                 _____/s/_____
                                                 KIRSTIN M. AULT
                                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                  _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge

1 | 1:30 p.m. The probation officer has indicated that she is available on this date and that the
2 | continuance will provide her with sufficient time to complete the PSR.
3 | STIPULATED:
4 |
5 | DATED: 4/9/09                    /s/ Tony Brass
                                     ANTHONY BRASS
6 |                                  Attorney for Defendant Dyson
7 |
8 |
9 | DATED: _____                   _____
                                     KIRSTIN M. AULT
10|                                  Assistant United States Attorney
11|
12| IT IS SO ORDERED.
13|
14| DATED: 4/13/09                   PHYLLIS J. HAMILTON
                                     United States District Judge
15|
(seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)
(stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton)

2